UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALVA ADVANCE LLC, <br><br> Petitioner, <br><br> v. <br><br> WILLIAM H III ALTIERI a.k.a WILLIAM H ALTIERI III <br><br> Respondent, | Civil Action No. 1:23-cv-10189 |

### PETITION TO CONFIRM ARBITRATION AWARD

Petitioner Alva Advance, LLC ("Petitioner") hereby moves for confirmation of an arbitration award against Respondent William H. III Altieri a.k.a William H. Altieri III ("Respondent") and entry of judgment against him in conformity with that award.

### SUMMARY OF PETITION

This is a petition filed pursuant to the Federal Arbitration Act, 9 U.S.C. §§ 1-16 ("FAA") to confirm an award by a single arbitrator sitting in New York, New York. The arbitrator found for the petitioner and ordered an award of $1,479,716 plus continuing interest of 18% per annum.

### PARTIES & JURISDICTION

1. Alva Advance, LLC is a limited liability company with a principal place of business in Miami Beach, Florida.

2. Respondent is a natural person with a residential address in Duxbury, Massachusetts.

3. This Court has jurisdiction pursuant to 28 U.S.C. §1332(a)(1) and 9 U.S.C. §9 in that the matter arises from the FAA and in that the matter of this dispute is between two citizens of two different states and the amount in controversy exceeds $75,000, exclusive of interest and costs.

4. Venue is proper pursuant to 18 U.S.C. §1391(b)(1) and 9 U.S.C. §9 in that the respondent is a residence of the Commonwealth of Massachusetts and is subject to jurisdiction therein. Under the FAA, venue can be both specific, with regard to the terms and circumstances of the arbitration agreement, or general under 18 U.S.C. §1391(b)(1). See *Cortez Byrd Chips v. Bill Harbert Constr. Co.*, 529 U.S. 193 (2000).

**FACTS**

5. This case concerns a Merchant Cash Advance Agreement (the "Contract") which Petitioner and Juventus Academy of Boston ("Juventus") entered into on April 8, 2022. See Contract attached as Exhibit 1.

6. Respondent executed a personal guarantee to perform Juventus's obligations on April 8, 2022. Respondent is therefore personally liable for all amounts due from Juventus. See Exhibit 1.

7. Juventus subsequently breached the Contract by defaulting on its representations and warranties preventing Petitioner from collecting the agreed to amounts. See Petitioner's Statement of Claim attached as Exhibit 2.

8. On December 2, 2022, Petitioner commenced an arbitration by filing commencement documents with Mediation and Civil Arbitration, Inc., d/b/a RapidRuling via its website portal. See Exhibit 2.

9. On December 5, 2022, RapidRuling served Respondent with a Demand for Arbitration along with commencement documents Petitioner filed. <u>See</u> Arbitrator's Award attached as <u>Exhibit 3</u> at ¶2

10. Pursuant to RapidRuling's Commercial Rules, Respondent had fourteen (14) days to respond to the demand for arbitration, but failed to do so and defaulted. <u>See</u> <u>Exhibit 3</u> at ¶5

11. The arbitrator, Eric B. Gerbert, Esq., issued an award on January 16, 2023, finding for Petitioner in the amount of One Million Four Hundred Seventy-Nine Thousand Seven Hundred Sixteen Dollars and 00/100 ($1,479,716) plus 18% per annum interest. <u>See</u> <u>Exhibit 3</u> at ¶16.

12. Alon Wolf, an authorized signatory for Petitioner has confirmed the authenticity of the agreement, statement of claim and the award. <u>See</u> Declaration of Alon Wolf attached as <u>Exhibit 4</u>.

13. This petition is brought within one (1) year of the Award pursuant to 9 U.S.C. §9.

WHEREFORE, Petitioner seeks an order: (i) confirming the arbitration award against Respondent; (ii) entering judgment in favor of the Petitioner; and (iii) providing Petitioner with such other further relief as the Court deems proper.

Dated: Boston, Massachusetts
       January 26, 2023

                                              Respectfully submitted,

                                              ALVA ADVANCE, LLC,

                                              By its Attorneys,

/s/ *Paul M. Tellier*
Paul M. Tellier, BBO# 676203
Matthew S. Szafranski BBO#688490
D'AMBROSIO, LLP
185 Devonshire Street, 10th Floor
Boston, MA 02110
Tel.:   (617) 720-5657
ptellier@dambrosiollp.com
mszafranski@dambrosiollp.com

4