In the Matter of the Arbitration Between:

---------------------------------------------------------------------X
:
22 CAPITAL INC., :
:
                Claimant, :
: **STATEMENT OF CLAIM**
         -against- :
:
JUVENTUS INTERNATIONAL ACADEMY :
OF MASSACHUSETTS, LLC and :
WILLIAM H III ALTIERI :
:
              Respondents. :
:
---------------------------------------------------------------------X

      Claimant 22 Capital Inc. ("Claimant") by and through its undersigned counsel, as and for its Statement of Claim against Respondents Juventus International Academy of Massachusetts, LLC ("Juventus") and William H III Altieri ("Altieri", together with Juventus, "Respondents") states as follows.

      Claimant and Juventus entered into a written merchant cash advance agreement ("Contract") dated March 2, 2022. Pursuant to the Contract, Juventus sold Claimant $339,880 ("Purchased Amount") of Juventus's accounts, contract rights and other obligations arising from or relating to the payment of monies from Juventus's customers and other third party payors ("Receivables") for the sum of $232,000 ("Purchase Price"), to be paid to Claimant out of Juventus's daily revenue.

      The Contract provides that in the event of default, the full uncollected Purchased Amount plus all fees due under the Contract would become immediately due and payable in full to Claimant. The Contract provides that if Claimant prevails in any arbitration between the parties

then Juventus must pay Claimant pre-judgment interest and post-judgment interest at a rate of 18% per annum, in addition to Claimant's reasonable attorney's fees.

Claimant paid Juventus the Purchase Price, less all amounts deducted pursuant to the terms of the Contract. Juventus breached the Contract by defaulting on its representations and warranties to Claimant under the Contract and by preventing Claimant from collecting the Purchased Amount. Juventus owes Claimant $229,880 of the Purchased Amount, plus $2,500 for a Default Fee under the Contract.

Altieri executed a personal guarantee ("Guarantee"), annexed to the Contract, in which Altieri guaranteed the performance of all of Juventus's obligations under the Contract. Accordingly, Altieri is personally liable to Claimant for all amounts due from Juventus.

For all the forgoing reasons, Claimant is entitled to a monetary award against Respondents, jointly and severally, in the amount of $232,380, plus pre-judgement interest and continuing post-judgment interest at 18% per annum, its reasonable attorney's fees, and the fees and costs of the Arbitration.

Dated: December 2, 2022
New York, New York

LEECH TISHMAN ROBINSON BROG PLLC

Michael A. Eisenberg
875 Third Avenue, 9th Floor
New York, New York  10022
Telephone: (212) 603-6300
Facsimile:  (212) 956-2164
*Attorneys for Claimant*