---------------------------------------------------------------------x
ALVA ADVANCE LLC.

    Claimant.

- against -

WILLIAM H III ALTIERI,       Claim No. 44109/2022

    Respondent.
---------------------------------------------------------------------x

## FINAL ARBITRATION AWARD

  The undersigned Arbitrator, having been duly appointed, Finds and Concludes as follows:

  1. Claimant filed with Mediation and Civil Arbitration, Inc., d/b/a RapidRuling, a demand for arbitration, a statement of claim with supporting documents, and a copy of an agreement by the parties to arbitrate.

  2. On December 5, 2022, RapidRuling served the Respondent with copies of the demand for arbitration, statement of claim and supporting documents.

  3. The undersigned Arbitrator is not aware of any conflict of interest.

  4. Respondent is subject to the jurisdiction of this arbitration because he was duly served by RapidRuling.

  5. Respondent is in default for failure to answer within 14 days of service of the demand for arbitration.

  6. Rule 5.8 of RapidRuling's Commercial Arbitration Rules provides that "If no answering statement is filed within the time provided for under these Rules, Respondent shall be deemed to be in default, and all allegations shall be deemed admitted."

  7. The allegations in the Statement of Claim are therefore deemed admitted.

  8. The undersigned Arbitrator has reviewed all evidence and proof submitted in this case.

  9. The parties entered into a valid agreement to have any dispute between them resolved by arbitration to be administered by RapidRuling before a single arbitrator under

the Commercial Arbitration Rules.

10. Claimant has complied with any conditions precedent to the initiation of this arbitration.

11. Claimant's claim is not time barred.

12. The parties' agreement is enforceable.

13. The parties' dispute is within the scope of their agreement.

14. The proof and evidence submitted supports the issuance of this Award.

15. The applicable substantive law supports the issuance of this Award.

16. An Award is hereby made in favor of Claimant and against Respondent in the sum of $1,479,716, plus continuing interest at 18% per annum.

I hereby affirm under the penalties of perjury that I have served as Arbitrator in this matter in accordance with the terms of the parties' agreement and the Commercial Arbitration Rules of RapidRuling and that this Award was made within the time fixed by the parties' agreement, and I hereby certify that the award has been duly delivered to each party or its counsel in accordance with the terms of the arbitration agreement.

Date of Award: **January 16, 2023**

Arbitrator's Name: Eric B. Gerbert, Esquire

Arbitrator's Signature: *[signed]*

A copy of this Award was mailed to each party or its counsel.