UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **ALVA ADVANCE LLC,** | ) |
| Petitioner, | ) ) ) |
| v. | ) Civil Action No. ) ) |
| **WILLIAM H III ALTIERI a.k.a WILLIAM H ALTIERI III** | ) ) ) |
| Respondent, | |

### DECLARATION IN SUPPORT OF PETITION TO CONFIRM ARBITRATION AWARD

I, Alon Wolf, hereby declare and state the following:

1. My name is Alon Wolf and I am an authorized signatory for Petitioner Alva Advance LLC ("**Alva Advance**"). I submit this declaration in support of the petition to confirm the arbitration award described herein and filed against William H III Altieri a/k/a/ William H. Altieri III ("**Altieri**").

2. Exhibit 1 to the Petition to Confirm Arbitration Award are true and accurate copies of the Merchant Cash Agreement, dated April 8, 2022 and the corresponding Guarantee, dated April 8, 2022.

3. Exhibit 2 to the Petition to Confirm Arbitration Award is a true and accurate copy of the Statement of Claim Alva Advance filed to initiate arbitration.

4. Exhibit 3 to the Petition to Confirm Arbitration Award is a true and accurate copy of the arbitration award dated, January 16, 2023 (the "**Arbitration Award**").

5.  I am not aware of any other action filed on behalf of or against Petitioner to confirm, vacate or modify the Arbitration Award.

I declare under penalty of perjury that the foregoing is true and correct.

**SIGNED THIS 26th DAY OF JANUARY 2023, UNDER THE PAINS & PENALTY OF PERJURY**

State of Texas
County of Brazoria

Sworn to and subscribed before me on 01/26/2023 by Alon Wolf.



Tyrrell J Cherry
ID NUMBER
132769360
COMMISSION EXPIRES
November 6, 2024

Notarized online using audio-video communication

Alon Wolf
Authorized Signatory
Alva Advance, LLC


Respectfully submitted,

ALVA ADVANCE, LLC.

By its Attorneys,

/s/ *Paul M. Tellier*
Paul M. Tellier, BBO# 676203
Matthew S. Szafranski BBO#688490
D'AMBROSIO, LLP
185 Devonshire Street, 10th Floor
Boston, MA 02110
Tel.:   (617) 720-5657
ptellier@dambrosiollp.com
mszafranski@dambrosiollp.com