UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALVA ADVANCE LLC, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Action No. 1:23-cv-10189-AK |
| | ) |
| | ) |
| WILLIAM H III ALTIERI | ) |
| Respondent, | ) |
| | ) |

## MOTION FOR ENTRY OF DEFAULT

Petitioner Alva Advance, LLC requests that the clerk of the court enter default (proposed order attached) against Respondent William H II Altieri (a.k.a. William H Altieri, III) pursuant to Fed. R. Civ. P. 55(a). In support of this request, Petitioner relies upon the record in this case and the affidavit submitted therein.

Dated this 3rd day of March, 2023

    Respectfully submitted,
    ALVA ADVANCE, LLC.

    By its Attorneys,

    /s/ *Matthew S. Szafranski*
    Matthew S. Szafranski BBO#688490
    Paul M. Tellier, BBO# 676203
    D'AMBROSIO, LLP
    185 Devonshire Street, 10th Floor
    Boston, MA 02110
    Tel.:   (617) 720-5657
    ptellier@dambrosiollp.com
    mszafranski@dambrosiollp.com