UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **ALVA ADVANCE LLC**, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Action No. 1:23-cv-10189-AK |
| | ) |
| | ) |
| **WILLIAM H III ALTIERI** | ) |
| Respondent, | ) |
| | ) |

## CERTIFICATE OF SERVICE

I, Matthew S. Szafranski hereby certify that I am employed by Alva Advance, LLC and am of such age and discretion as to be competent to serve papers. I further certify that on this date I caused a copy of the Motion for Entry of Default, Affidavit in Support of Motion for Entry of Default and proposed Entry of Default to be placed in a postage-paid envelope addressed to the respondent, at the address stated below, which is the last known address of said respondent, and deposited said envelope in the United States mail.

William H III Altieri, aka William H Altieri, III
334 King Caesar Road
Duxbury, MA 02332

Dated this 3rd day March, 2023