UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALVA ADVANCE LLC, | ) |
| Petitioner, | ) ) ) |
| v. | ) Civil Action No. 1:23-cv-10189-AK ) ) |
| WILLIAM H III ALTIERI | ) |
| Respondent, | ) ) |

## ENTRY OF DEFAULT

Petitioner Alva Advance, LLC requests that the clerk of court enter default against Respondent William H III Altieri (a.k.a. William H Altieri, III) pursuant to Federal Rule of Civil Procedure 55(a). It appearing from the record that Respondent William H III Altieri (a.k.a. William H Altieri, III) has failed to appear, plead or otherwise defend, the default of is hereby entered pursuant to Federal Rule of Civil Procedure 55(a).

Dated this _____ day of _____, 2023.

_____
Robert M. Farrell, Clerk of Court