UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ALVA ADVANCE, LLC.
    *Plaintiff*

v.                                            Civil Action No. 1:23-cv-10189-AK

WILLIAM H III ALTIERI A/K/A
WILLIAM H. ALTIERI, III,
    *Defendant*

## PLAINTIFF, ALVA ADVANCE, LLC'S RENEWED MOTION FOR ISSUANCE OF EXECUTION

Now comes the Plaintiff, Alva Advance, LLC, and moves pursuant to Fed.R.Civ.P. 69, for the issuance of an Execution. In support thereof, the Plaintiff states through counsel that an Amended Judgment entered in this matter on August 22, 2023 and that the 30 day stay of enforcement proceedings set forth in Fed.R.Civ.P. 62 has expired. As a result, the Plaintiff moves for an ORDER directing the Clerk of Court to issue an Execution in this matter.

**Procedural History**

The within action was filed on January 26, 2023. The Defendant was duly served with the Summons and Complaint. When the Defendant failed to respond to service of process, on August 22, 2023 an Amended Order of Default Judgment entered in this matter which required interest to accrue at the rate of 5.26% per annum.

**Legal Argument**

In the case at bar, an Amended Default Judgment entered in favor of the Plaintiff on August 22, 2023. Under Fed.R.Civ.P. 69(a)(1), the collection of the Judgment is enforced by a writ of execution. Under Fed.R.Civ.P. 62, the issuance of an execution is automatically stayed

for 30 days from August 22, 2023.  At the time that the within Motion was filed, more than 30 days have passed since the Court entered a Default Judgment against the Defendant.  As a result of the stay period expiring, the Plaintiff seeks the Court to enter an ORDER directing the Clerk of Court to issue an Execution with all accrued interest at the 5.26% post-judgment rate set forth in the Amended Default Judgment so that the Plaintiff can enforce its Amended Judgment as required by Fed.R.Civ.P. 69(a)(1).

Wherefore, the Plaintiff moves that this Court enter an ORDER directing the Clerk of Courts to issue an Execution in this matter so that the Plaintiff can enforce the Amended Judgment in accordance with Fed.R.Civ.P. 69.

The Plaintiff,
**ALVA ADVANCE, LLC,**
By its attorney,

/s/ Carlo Cellai, Esq.                           Date: September 22, 2023
Carlo Cellai, Esq., BBO No. 558651
**CELLAI LAW OFFICES, P.C.**
150 Grossman Drive, Suite 201
Braintree, Massachusetts 02184
(617) 367-2199
carlo@cellailaw.com