UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

**ALVA ADVANCE, LLC,**
Petitioner,

v.                                                          Civil Action No. 1:23-cv-10189-AK

**WILLIAM H III ALTIERI a.k.a**
**WILLIAM H ALTIERI** III,
Respondent.

## ORDER ON MOTION TO ISSUE EXECUTION

_____, D.J.

      Petitioner, Alva Avance, LLC, having been awarded an Amended Default Judgment on August 22, 2023 against Respondent William H III Altieri a.k.a. William H Altieri III (hereinafter "Respondent"), and 30 days having passed without an appeal, the Court ORDERS the Clerk's Office to issue an Execution consistent with the Court's *Amended* Default Judgment dated August 22, 2023, with all interest and costs being brought forward from January 16, 2023 to the date that the Execution issues.

      It is hereby ORDERED, ADJUDGED, AND DECREED in accordance with Fed.R.Civ.P. 69 that the Petitioner's *Amended* Default Judgment which issued on August 22, 2023 shall be reduced to an Execution and Execution shall issue within ten (10) days from the date of this ORDER against the Respondent William H III Altieri a.k.a. William H Altieri III in the principal amount of $1,479,716.00 with costs in the amount of $2,419.05, attorney's fees in the amount of $19,347.50 for a total of **$1,501,482.55 *plus*** prejudgment interest at 18% per annum accruing from January 16, 2023.

By the Court,


Judge: _____      Date:_____


NOTE: The post judgment interest shall accrue at the rate of 5.26%.